1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

ROBERT J. NEBORSKY, trustee of the
Robert J. Neborsky and Sandra S.
Neborsky Living Trust on behalf of
himself and all others similarly situated,

                                    Plaintiff,

v.

VALLEY FORGE COMPOSITE
TECHNOLOGIES, INC.,

                                    Defendant.

Case No. 13-cv-2307-MMA (BGS)

**ORDER DIRECTING RESPONSE FROM PLAINTIFF**

On September 25, 2013, Plaintiff Robert J. Neborsky ("Plaintiff") filed the present action against Defendants Valley Composite Technologies, Inc. ("Defendant Valley Forge"), Louis J. Brothers ("Defendant Brothers"), Larry K. Wilhide ("Defendant Wilhide"), and Does 1-100.  Doc. No. 1.  On October 9, 2013, Defendant Valley Forge filed a voluntary petition for Chapter 11 bankruptcy.  *See* Doc. No. 5 at 7.[1]  Thus, as of October 9, 2013, the case was automatically stayed as to Defendant Valley Forge pursuant to 11 U.S.C. § 362.  *See id.*

---

[1] All citations to electronically filed documents refer to the pagination assigned by the CM/ECF system.

Nonetheless, on October 12, 2013, Defendant Brothers was served individually and on behalf of Defendant Valley Forge as its agent for service of process.  Doc. No. 3 at 3; Doc. No. 4 at 3.  On January 10, 2017, Defendant Brothers was dismissed from the action, and the case now proceeds only against Defendant Valley Forge.[2]  Doc. No. 67 at 2.  On April 21, 2022, Plaintiff informed the Court that the bankruptcy case closed on October 29, 2021.  Doc. No. 78 at 3.

In light of the bankruptcy case's closure, the Court **DIRECTS** Plaintiff to respond in writing on or before **May 18, 2022** whether Plaintiff intends to voluntarily dismiss the action or proceed with the case solely against Defendant Valley Forge.

**IT IS SO ORDERED**.

Dated:  May 10, 2022

HON. MICHAEL M. ANELLO
United States District Judge

---

[2] The Court notes that Defendant Wilhide was terminated from this action on July 29, 2014.  Doc. No. 34.